WITHERS *et al. v.* MADDOX COFFEE COMPANY.

PER CURIAM. Under the pleadings and the evidence the verdict for the plaintiff was demanded. None of the grounds of the motion for new trial require a reversal. *Judgment affirmed. All the Justices concur.*

No. 7833. FEBRUARY 23, 1931.

*Thomas H. Goodwin* and *Hooper & Hooper,* for plaintiffs in error. *Troutman & Troutman* and *Ray Williams,* contra.